NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-608

STATE OF LOUISIANA

VERSUS

LAWRENCE DAVID HUCKABY

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 00-K-3231-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

AFFIRMED.

Earl B. Taylor
District Attorney, 27th JDC
P. O. Drawer 1419
Opelousas, LA 70570-1419
(337) 948-3041
Counsel for Plaintiff/Appellee
        State of Louisiana

**Alisa Ardoin Gothreaux**
**Asst. District Attorney, 27th JDC**
**P. O. Drawer 1968**
**Opelousas, LA 70571-1968**
**(337) 948-0551**
**Counsel for Plaintiff/Appellee**
**State of Louisiana**

**Kenota Pulliam Johnson**
**LA Appellate Project**
**P. O. Box 5781**
**Shreveport, LA 71135-5781**
**(318) 459-1885**
**Counsel for Defendant/Appellant**
**Lawrence David Huckaby**

**Lawrence David Huckaby**
**Pro Se**
**P. O. Box 1029**
**Opelousas, LA 70571-1029**